# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| | (For **Revocation** of Probation or Supervised Release) |
| v. | |
| GARY HANNA | |
| | Case No:   4:04CR344TLW(1) |
| | USM No: 91738-071 |
| | |
| | William F. Nettles, IV, Public Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) of the term of supervision.

■ was found in violation of condition(s) 1-3, 5, 6 after denial of guilt.

The defendant is adjudicated guilty of theses violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | see petition | see petition |
| 2 | see petition | see petition |
| 3 | see petition | see petition |
| 5 | see petition | see petition |
| 6 | new criminal conduct | 12/8/2009 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

■ The defendant has not violated condition(s) 4  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

| | |
|---|---|
| | June 8, 2010 |
| Last Four Digits of Defendant's Soc. Sec. No.: | Date of Imposition of Judgment |
|    8082 | |
| Defendant's Year of Birth: | |
|    1951 | s/ Terry L. Wooten |
| City and State of Defendant's Residence: | Signature of Judge |
|    Dillon, SC | |
| | |
| | TERRY L. WOOTEN, United States District Judge |
| | Name and Title of Judge |
| | |
| | June 21, 2010 |
| | Date Signed |

Rev. 09/08) Judgment in a Criminal Case
Sheet 2 - Imprisonment
Page 2

DEFENDANT: GARY HANNA
CASE NUMBER: 4:04CR344TLW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (30) days.

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on _____ .
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before 2 p.m. on _____ .
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D
(Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 3 - Supervised Release

DEFENDANT: GARY HANNA
CASE NUMBER: 4:04CR344TLW(1)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of fifty-nine (59) months. This term consists of 23 months as to Counts 1 through 12 and 59 months as to Counts 13 through 15. While on supervised release, the defendant shall comply with the mandatory and standard conditions of supervision as well as the following special conditions: 1. Pay any remaining balance of the originally imposed $117,669.28 restitution (interest waived) in monthly installments of $500.00 commencing thirty (30) days after release. The Court retains the authority to increase the payments based upon the defendant's ability to pay. The Court recognizes the defendant may not make full restitution prior to the expiration of supervision; however, he is to make a good faith effort toward this obligation. 2. At the direction of the U.S. Probation Office, the defendant shall provide any financial documents as requested so that the Court may be fully aware of the defendant's financial status. 3. The defendant shall refrain from opening any new checking or savings accounts of any kind without the prior approval of the probation officer or the Court. 4. The defendant shall not incur any new credit charges or open additional lines of credit without the prior approval of the probation officer or the Court.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [ ] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*
- [x] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*
- [x] The defendant shall cooperate in the collection of DNA as directed by the Probation Office. *(Check, if applicable.)*
- [ ] The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*
- [ ] The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.